RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Angel David Olivera-Hernandez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00639-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| ANGEL DAVID OLIVERA-HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Angel David Olivera-Hernandez, that the Preliminary Hearing currently scheduled on February 10, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than March 18, 2026.

This Stipulation is entered into for the following reasons:

1.     Mr. Olivera-Hernandez has entered into a plea agreement with the government. His fast track change of plea and sentencing is currently scheduled for March 18, 2026, at

11:00 a.m. The requested continuance will permit time for the hearing to be held and thereby obviate the need for the preliminary hearing scheduled before this Court.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 28th day of January 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Raquel Lazo*
By_____

RAQUEL LAZO
Assistant Federal Public Defender

*/s/ Clay Plummer*
By_____

CLAY PLUMMER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00639-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ANGEL DAVID OLIVERA-HERNANDEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, February 10, 2026 at 4:00 p.m. be vacated and continued to **March 25, 2026, at 4:00 p.m.**

DATED this 29th day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3